B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)    Case Number **13–12463–RGM**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 28, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Osmin A. Majano
12537 Plymouth Ct
Woodbridge, VA 22192

| | |
|---|---|
| Case Number:   13–12463–RGM<br>Office Code:   1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–2239 |
| Attorney for Debtor(s) (name and address):<br>Robert R. Weed<br>Law Offices Of Robert Weed<br>7900 Sudley Road, Suite 409<br>Manassas, VA 20109<br>Telephone number:  (703) 335–7793 | Bankruptcy Trustee (name and address):<br>Klinette H. Kindred<br>Tyler, Bartl, Ramsdell and Counts<br>300 N. Washington Street, Suite 202<br>Alexandria, VA 22314<br>Telephone number:  (703) 549–5000 |

### Meeting of Creditors:
Date: **June 26, 2013**                                                                   Time: **12:00 PM**
Location:  **115 South Union Street, Suite 206, Alexandria, VA 22314**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**August 26, 2013**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| Address of the Bankruptcy Clerk's Office:<br>200 South Washington Street<br>Alexandria, VA 22314 | For the Court:<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date:  May 30, 2013 |

**EXPLANATIONS**            B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 13-12463-RGM
Osmin A. Majano                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9         User: glennj              Page 1 of 2            Date Rcvd: May 31, 2013
                             Form ID: B9A              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2013.
```
db          +Osmin A. Majano,    12537 Plymouth Ct,    Woodbridge, VA 22192-2348
11815637    +Ana M. Interiano,    521 N Armistead St Apt T-3,    Alexandria, VA 22312-2889
11815638    +Bank of America,    431351901799,    POB 982235,    El Paso, TX 79998-2235
11815640    +Capital One/Best Buy,    700106220425,    POB 30253,    Salt Lake City, UT 84130-0253
11815644    +Equifax,    POB 105285,    Atlanta, GA 30348-5285
11815645    +Experian,    POB 9701,    Allen, TX 75013-9701
11815649    +Nelson J. Majano,    521 N Armistead St Apt T-3,    Alexandria, VA 22312-2889
11815651    +Osmin A. Majano/401(k) Loan,    12537 Plymouth Ct,    Woodbridge, VA 22192-2348
11815652    +PNC Bank/Keep,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
11815654    +Trans Union,    POB 2000,    Chester, PA 19016-2000
11815656    +Wells Fargo Home Mtg/Keep,    936061942,    POB 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: robertweedlaw@yahoo.com Jun 01 2013 02:52:54     Robert R. Weed,
              Law Offices Of Robert Weed,   7900 Sudley Road, Suite 409,    Manassas, VA  20109
tr          +EDI: QKHKINDRED.COM Jun 01 2013 02:33:00     Klinette H. Kindred,
              Tyler, Bartl, Ramsdell and Counts,    300 N. Washington Street, Suite 202,
              Alexandria, VA 22314-2530
11815639     E-mail/Text: bankruptcy@bbandt.com Jun 01 2013 02:55:23     BB&T,   461608110441,    PO Box 2306,
              Wilson, NC 27894
11815641    +EDI: CHASE.COM Jun 01 2013 02:33:00     Chase Bank USA,    426684129097,    PO Box 15298,
              Wilmington, DE 19850-5298
11815642    +EDI: CITICORP.COM Jun 01 2013 02:33:00     Citi Cards/Citibank,    542418066035,    POB 6241,
              Sioux Falls, SD 57117-6241
11815643    +EDI: DISCOVER.COM Jun 01 2013 02:33:00     Discover Fin Svcs LLC,    601100343124,    POB 15316,
              Wilmington, DE 19850-5316
11815646    +EDI: CITICORP.COM Jun 01 2013 02:33:00     Home Depot/Citibank,    603532020225,    PO Box 6497,
              Sioux Falls, SD 57117-6497
11815647    +EDI: RMSC.COM Jun 01 2013 02:33:00     JCPenney,   600889462579,    POB 965007,
              Orlando, FL 32896-5007
11815648    +EDI: TSYS2.COM Jun 01 2013 02:33:00     Macy's,   414731025,    POB 8218,    Mason, OH 45040-8218
11815653    +EDI: TFSR.COM Jun 01 2013 02:33:00     Toyota Motor Credit Corp/Keep,    7040316460845,    POB 5855,
              Carol Stream, IL 60197-5855
11815655    +EDI: WFNNB.COM Jun 01 2013 02:33:00     Value City Rooms Today/WFNNB,    585637072194,
              POB 182789,    Columbus, OH 43218-2789
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11815650*   +Osmin A. Majano,    12537 Plymouth Ct,    Woodbridge, VA 22192-2348
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2013**                  **Signature:**       _Joseph Speetjens_

```
District/off: 0422-9          User: glennj              Page 2 of 2            Date Rcvd: May 31, 2013
                              Form ID: B9A              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2013 at the address(es) listed below:
          Klinette H. Kindred    kkindred@tbrclaw.com,  asemerjian@tbrclaw.com;kkindred@ecf.epiqsystems.com
          Robert R. Weed    on behalf of Debtor Osmin A. Majano robertweedlaw@yahoo.com,
           robertweedcourtstuff@yahoo.com;robertweedstayrelief@yahoo.com;marksarchive@gmail.com;atty_robertw
           eedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
                                                                                                                TOTAL: 2